1 | David C. Wakefield, Esq.   Bar #: 185736
2 | Lightning Law, APC
3 | 10620 Treena Street, Suite 230
  | San Diego, CA  92131
4 | Telephone:  619.485.4300; Facsimile:  619.342.7755
5 | E-mail:    dcw@DMWakeLaw.com
6 | Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>v.<br><br>**VICTORY INVESTMENT CO., LLC; and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants** | Case No.: 2:23cv01915 MCS (PDx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF ENTIRE ACTION**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)] |

   IT IS HEREBY NOTICED by the Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1) (A)(i), that all the Plaintiffs hereby dismiss WITHOUT prejudice all the Defendants and the Action in its entirety.  A plaintiff has the absolute right to dismiss the action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." [FRCP 41(a)(1)(A)(i)] ; see *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.* (9th Cir. 1999) 193 F3d 1074, 1077.   In the present matter, Defendants have not filed an

Answer or a motion for summary judgment.  Finally, a Notice of Voluntary Dismissal does not require a court Order and is immediately effective on filing. See *Pedrina v. Chun* (9th Cir. 1993) 987 F2d 608, 610.

**IT IS SO NOTICED.**

Dated: 03/29/2023     **Lightning Law, APC**

/S/ David C. Wakefield_____
By: DAVID C. WAKEFIELD, ESQ.
Attorney for all Plaintiffs

///

///

///

///

///

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

On 03/29/2023, I served the document described below on all interested parties in the attached service list by the method indicated below:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE ENTIRE ACTION**

\_\_\_\_  **BY MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

\_\_\_\_  **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

\_\_\_\_  **VIA FACSIMILE –** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

\_XXX\_\_\_  **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(s) indicated.

\_\_\_\_  **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

3
Dismissal Without Prejudice Of Entire Action
Case# 2:23cv01915 MCS (PDx)

\_\_\_\_ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX** (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

At San Diego, California.

/s/David C. Wakefield_____
DAVID C. WAKEFIELD

## **SERVICE LIST**

No Appearance By Defendants